# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 2/4/2022 |
| Case: 2–22–02056–PRW | Form ID: APINFORM | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Jason S Pomerantz      jspomerantz@pszjlaw.com

TOTAL: 1