## CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Roche Diabetes Care Inc
Patient Care Systems Div.
PO Box 75390
Chicago, IL 60675-5390

Roche Diabetes Care, Inc.
Attn: Claudia Bockstiegel, General counsel
9115 Hague Road
P.O. Box 50469
Indianapolis, IN 46250

Nancy G. Tinsley, JD - US-CIPP
Assistant General Counsel
Roche Diagnostics Corporation
9115 Hague Road
PO Box 50416
Indianapolis, IN 46250

Kayla D. Britton, Partner
Faegre Drinker Biddle & Reath LLP
600 E. 96th St., Ste. 600
Indianapolis, IN 46240

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

Roche Diabetes Care, Inc.
Attn: Matt Jewett, President
9115 Hague Road
Indianapolis, IN 46250-0457

Roche Diagnostics Corporation
Attn: Claudia Bockstiegel, General Counsel
9115 Hague Road
P.O. Box 50469
Indianapolis, IN 46250

The Corporate Trust Co.
R/A – Roche Diabetes Care
1209 Orange St.
Wilmington, DE 19801

CT Corporation System
R/A – Roche Diagnostics Corp
334 N. Senate Ave.
Indianapolis IN 46204

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>February 4, 2022</u>  Signature  */s/ Gini L. Downing*

Print Name: <u>Gini L. Downing</u>
<u>Pachulski Stang Ziehl & Jones LLP</u>
<u>10100 Santa Monica Blvd.</u>
<u>13th Floor</u>

Business Address: <u>Los Angeles, CA 90067</u>

Case 2:22-02056-PRW    Doc 7    Filed 02/23/22    Entered 02/23/22 19:30:36    Description: Main Document , Page 1 of 3

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roche Diabetes Care, Inc.
Attn: Matt Jewett, President
9115 Hague Road
Indianapolis, IN 46250-0457

9590 9402 3367 7227 2901 78

2. Article Number (Transfer from service label)

7017 2400 0000 3985 8312

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name): BRYAN RUTAN
C. Date of Delivery: 2/8/22

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Corporate Trust Co.
R/A – Roche Diabetes Care
1209 Orange St.
Wilmington, DE 19801

9590 9402 3367 7227 2901 54

2. Article Number (Transfer from service label)

7017 2400 0000 3985 8299

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

FEB 0 8 2022
CT CORPORATION

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

