Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>ROCHE DIABETES CARE, INC.; ROCHE DIAGNOSTICS CORPORATION,<br><br>Defendants. | Adv. Proc. No. 2-22-02056-PRW |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendants, Roche Diabetes Care, Inc. and Roche Diagnostics Corporation ("Defendants", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022; and

WHEREAS, on February 4, 2022, Defendants were served with the Summons and Complaint.

The Parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendants are required to answer the Complaint is extended through and including April 15, 2022.

2. Defendants do not challenge personal jurisdiction and waive any objection to service of process of the Summons and Complaint in this adversary proceeding.

Respectfully submitted,

Dated: February 24, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email:  bsandler@pszjlaw.com
        ischarf@pszjlaw.com
        jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: February 25, 2022

FAEGRE DRINKER BIDDLE & REATH LLP

/s/ *Helen E. Tuttle* /kpb
Helen E. Tuttle (NY Bar No. 2996932)
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7263
Email: helen.tuttle@faegredrinker.com

*Counsel to Defendants Roche Diabetes Care, Inc. and Roche Diagnostics Corporation*

SO ORDERED:

DATED: February 28, 2022
      Rochester, New York

_____/s/_____
HON. PAUL R. WARREN
United States Bankruptcy Judge

2

US.137023690.01

Case 2-22-02056-PRW, Doc 10, Filed 02/28/22, Entered 02/28/22 13:48:53, Description: Main Document, Page 2 of 2