Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE DIABETES CARE, INC.; ROCHE DIAGNOSTICS CORPORATION,<br><br>Defendants. | Adv. Proc. No. 22-02056 (PRW) |

**SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendants, Roche Diabetes Care, Inc. and Roche Diagnostics Corporation ("Defendants", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendants were served with the Summons and Complaint; and

WHEREAS, on February 25, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendants to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered February 28, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties have an agreement in principle to settle the matter and request, subject to Court approval, a further extension of time for Defendants to answer the Complaint to and including May 16, 2022. This will allow the Parties sufficient time to document and complete the settlement.

[*Remainder of Page Intentionally Left Blank*]

2. All other terms set forth in the First Stipulation remain in full force and effect.

Respectfully submitted,

Dated: April 14, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: April 14, 2022

FAEGRE DRINKER BIDDLE & REATH LLP

Helen E. Tuttle /KDB
Helen E. Tuttle (NY Bar No. 2996932)
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7263
Email:helen.tuttle@faegredrinker.com

*Counsel to Defendants Roche Diabetes Care, Inc. and Roche Diagnostics Corporation*

SO ORDERED:

DATED: _____, 2022
Rochester, New York

_____
HON. PAUL R. WARREN

3

DOCS_LA:343307.1 75015/003

Case 2-22-02056-PRW, Doc 12, Filed 04/14/22, Entered 04/14/22 17:32:15, Description: Main Document , Page 3 of 3